IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WENDY COLLINS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-cv-00510 |
| | § | |
| KROGER TEXAS L.P., | § | |
|     Defendant. | § | |

**DEFENDANT'S NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to the terms and provisions of 28 U.S.C. §§ 1441 and 1446, Defendant Kroger Texas, L.P., (referred to as "Defendant"), in the cause styled *"Wendy Collins v. Kroger Texas, L.P."* originally pending as Cause No. 91811 in the 62nd Judicial District Court of Lamar County, Texas, file this Notice of Removal of the cause to the United States District Court for the Eastern District of Texas, Sherman Division.

**I.
BASIS FOR REMOVAL**

This action is removed under diversity jurisdiction pursuant to 28 U.S.C. § 1332. In particular, diversity jurisdiction exists in this case because there is complete diversity of citizenship between the parties. Defendant is not a citizens of the State of Texas, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.[1]

---

[1] *See* 28 U.S.C. § 1332.

## II.
## DIVERSITY JURISDICTION

Plaintiff, at the time of the initial filing of this action and at the current time of the removal of this action, was and is a citizen, resident, and domicile of the State of Texas.[2] .

Defendant Kroger Texas L.P. at the time of the initial filing of this action and at the time of the removal of this action, was and is a limited partnership formed under the laws of Ohio. The general partner of Kroger Texas L.P. is KRGP LLC (f/k/a KRGP Inc.), an Ohio limited liability company with its principal place of business in Ohio. KRGP LLC's sole member is The Kroger Co., an Ohio corporation with its principal place of business in Ohio. The individuals making up the management of KRGP LLC are not members of KRGP LLC but, in any case, are all Ohio residents and citizens. Kroger Texas L.P.'s only limited partner is KRLP Inc., an Ohio corporation with its principal place of business in Ohio.  Neither KRGP LLC nor KRLP Inc., the only two partners of Kroger Texas L.P., has never been a resident of, incorporated in, or had its principal place of business in the State of Texas.  Likewise, KRGP LLC has never had a member who was a resident of the State of Texas.

## IV.
## THE AMOUNT IN CONTROVERSY

Plaintiff judicially admits in her Original Petition that she is seeking damages in excess of $75,000.[3]  Plaintiff alleges damages in a monetary amount between $250,000 and $1,000,000.[4] Specifically, Plaintiff seeks damages for past and future: (1) physical pain; (2) mental anguish; (3); damage to earning capacity; (4) physical impairment; (5) medical expenses; and

---

[2]  *See* Plaintiff's Original Petition. attached hereto as Exhibit 2a, at p.1, ¶ 2.01.

[3]  *Id.* at p.1, ¶ 1.02.

[4]  *Id.*

(6)disfigurement.[5]   As a result, the amount in controversy in this case exceeds $75,000.00, exclusive of interest and costs, and this case is removable.[6]

## V.
## REMOVAL IS TIMELY

This removal is timely because Defendant's Notice of Removal is filed "within thirty days after receipt, through service or otherwise, of a copy of a pleading, motion, order or other paper from which it may first be ascertained the case is one which is or has just become removable."[7]  Defendant first became aware this case was removable on May 8, 2023 when Defendant was served with Plaintiff's Original Petition[8]. Accordingly, this removal is timely because it is made within thirty days after the receipt by Defendant of the document that first demonstrated the case was removable. Moreover, more than one year has not passed since the commencement of the action in state court on May 1, 2023.[9]

## III.
## FACTUAL BACKGROUND

Plaintiff claims that, on or about June 29, 2021, Plaintiff was injured when she slipped and fell on a puddle of water while shopping in Defendant's store located at 1310 Clarksville St., Paris, Texas 75460. Plaintiff filed suit on May 1, 2023, in the 62nd Judicial District Court of

---

[5]   *Id.* at p. 3, ¶ 5.01.

[6]   *See S.W.S. Erectors, Inc. v. Infax, Inc.*, 72 F.3d 489, 492 (5th Cir. 1996); *see also Laughlin v. Kmart Corp.*, 50 S.W.3d 871, 873 (10th Cir. 1995) (amount in controversy is ordinarily determined by allegations in complaint).

[7]   28 U.S.C. § 1446(b).

[8]   *See* Notice of Service of Process attached to Pl's. Orig. Pet. (Exh.3).

[9]   *See id*.

Lamar County, Texas, alleging premises liability and negligence-based causes of action against Defendant.[10]

## VI.
## VENUE

Venue is proper in this district, under 28 U.S.C. § 1441(a), because this district and division embrace the county in which the removed action has been pending.

## VII.
## PROCEDURAL REQUIREMENTS

Defendant filed with the Clerk of the 62nd Judicial District Court of Lamar County, Texas a Notice of Filing Notice of Removal to Federal Court contemporaneously with the filing of this Notice of Removal.

Pursuant to Local Rule CV-81, the following documents are attached hereto for the Court's reference:

(1) Certified copy of the state court docket sheet ("Register of Actions") as of June 2, 2023;

(2) All pleadings that assert causes of action and all answers thereto, including;

    (a) Plaintiff's Original Petition;

    (b) Defendant's Original Answer;

(3) A copy of all process and orders served upon Defendant;

(4) Case Information Sheet, including:

    (a) A list of all parties and current status of the removed case;

    (b) A complete list of attorneys involved, including bar numbers, addresses, telephone numbers, and party or parties represented by him/her;

---

[10] *Id.* at pp.2-3.

  (c) A record of which parties have requested trial by jury;

  (d) The name and address of the court from which the case is being removed; and

(5) Civil Cover Sheet.

**WHEREFORE, PREMISES CONSIDERED,** Defendant respectfully pray that this case be removed to the United States District Court for the Eastern District of Texas, Sherman Division.

    Respectfully submitted,

    */s/ B. Kyle Briscoe*

    **B. Kyle Briscoe**
    *Attorney-in-charge*
    State Bar No. 24069421
    kbriscoe@peavlerbriscoe.com
    **Margaret M. Knott**
    State Bar No. 15287250
    mknott@peavlerbriscoe.com
    **PEAVLER|BRISCOE**
    2215 Westgate Plaza
    Grapevine, Texas 76051
    214-999-0550 (telephone)
    214-999-0551 (fax)

    **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record pursuant to and in accordance with the Federal Rules of Civil Procedure on June 6, 2023.

    */s/ B. Kyle Briscoe*
    **B. Kyle Briscoe**