IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WENDY COLLINS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-cv-00510-AGD |
| | § | |
| KROGER TEXAS L.P., | § | |
| Defendant. | § | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

The court has been advised by the parties that all matters in controversy between Plaintiff Wendy Collins and Defendant Kroger Texas L.P. have been fully and completely compromised and settled and that Plaintiff no longer desires to pursue this cause or any claims related to this cause against Defendant. Therefore, the court is of the opinion that this case should be dismissed with prejudice to the refiling of it.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against Defendant Kroger Texas L.P. in this action are dismissed with prejudice against the refiling of same, each party to pay their own court costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this is a final order that disposes of all parties as well as all claims asserted or that could have been asserted in this case.

**AGREED:**

| | |
|---|---|
| /s/ *Nitu Patel Sharma (by permission)* | /s/ *B. Kyle Briscoe* |
| NITU PATEL SHARMA | B. KYLE BRISCOE |
| | MARGARET M. KNOTT |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

**IT IS SO ORDERED.**

**SIGNED this 30th day of May, 2024.**

                                           AILEEN GOLDMAN DURRETT
                                         UNITED STATES MAGISTRATE JUDGE